UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAMES A. ISADORE,<br><br>              Plaintiff,<br><br>    -vs-<br><br>UNITED STATES DEPARTMENT OF INTERIOR,<br><br>              Defendant. | NO.   CV-05-216-LRS<br><br>ORDER OF DISMISSAL |

On February 14, 2006, the Court ordered Plaintiff to show cause within 20 days of the order why the case should not be dismissed for lack of prosecution and failure to serve the complaint within the required time limits for service according to Federal Rule of Civil Procedure 4(m). Plaintiff has not responded to the show cause order. **ACCORDINGLY**, pursuant to Fed.R.Civ.P. 4(m), this matter is hereby **DISMISSED** without prejudice. **IT IS SO ORDERED.**

The District Court Executive is directed to file this Order, enter Judgment in accordance with this order, and provide copies to the plaintiff.

DATED this 13th day of March, 2006.

                              ***s/Lonny R. Suko***

                              LONNY R. SUKO
                       UNITED STATES DISTRICT JUDGE

ORDER - 1